UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ZEINA BLACK,  :
    Plaintiff  :
      :
v.  : CASE NO. 1:16-CV-1340
      :
DUBLIN EMS, LLC and JASON COE,  :
    Defendants  :

*O R D E R*

AND NOW, this 28th day of March, 2017, upon consideration of "Plaintiff's Renewed Motion For Alternative Service By Publication" (Doc. 13), and in accord with the accompanying memorandum, it is ORDERED that:

(1) Plaintiff's motion is DENIED.

(2) In light of Federal Rule of Civil Procedure 4(m), Plaintiff will have an additional forty-five (45) days from the date of this order in which to serve Defendants. Accordingly, Plaintiff shall serve Defendants pursuant to Federal Rule of Civil Procedure 4 on or before May 12, 2017.

                                                      /s/ William W. Caldwell
                                                      William W. Caldwell
                                                      United States District Judge