# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZEINA BLACK, | : | No. 1:16-cv-1340 |
| Plaintiff, | : | |
| v. | : | Honorable William W. Caldwell |
| DUBLIN EMS, LLC and JASON COE, | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## VOLUNTARY DISMISSAL

AND NOW, comes the Plaintiff, Zeina Black, by and through the undersigned counsel, and voluntarily dismisses the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

RESPECTFULLY SUBMITTED,

FANELLI, EVANS & PATEL, P.C.

By:   /s/ ERIC M. PROCK
Eric M. Prock, Esq.
Attorney I.D. No. 208315
The Necho Allen
1 Mahantongo Street
Pottsville, PA 17901
(P) 570-622-2455
(F) 570-622-5336
eprock@feplawyers.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZEINA BLACK, | : | No. 1:16-cv-1340 |
| Plaintiff, | : | |
| v. | : | |
| DUBLIN EMS, LLC and JASON COE, | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ***VOLUNTARY DISMISSAL*** was served this date on the entities at the below addresses via U.S first class mail:

Dublin EMS, LLC

7 Dogwood Lane

Jonestown, PA 17038

--AND AT--

51119 159th Avenue

KPN, Lakebay, WA 98349

Jason Coe

7 Dogwood Lane

Jonestown, PA 17038


--AND AT--

51119 159th Avenue

KPN, Lakebay, WA 98349


DATE:  July 13, 2017              */s/ Eric M. Prock, Esquire*
                                                    ERIC M. PROCK, ESQUIRE